# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **LEONARD WAYNE STEPHENSON,** | § | |
| | § | **Civil Action No. 4:19-cv-610** |
| v. | § | **Criminal Action No. 4:17-cr-185** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 7, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #24) that Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (the "Motion") (Dkt. #1) be denied and the case dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion (Dkt. #1) is **DENIED**, and the case is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 29th day of September, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE